IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jimilou E. Budusky<br>    Debtor<br><br>PNC Bank, National Association<br>    Movant<br>  v.<br>Jimilou E. Budusky<br>    Debtor<br><br>Frederick L. Reigle<br>    Trustee | Chapter 13<br><br><br><br>NO. 15-14189 SR |

## ORDER

AND NOW, this 5th day of May, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by this Court on March 4, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified to allow PNC Bank, National Association or its successor in title to continue or commence mortgage foreclosure proceedings against the premises at 231 Lawn Avenue, Sellersville, PA, 18960 or to proceed with execution of judgment, which actions and remedies include but are not limited to taking the Property to Sheriff's Sale.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

Jimilou E. Budusky
231 Lawn Avenue
Sellersville, PA 18960

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

_____
Bankruptcy Judge Stephen Raslavich