United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jimilou E. Budusky
      Debtor

Case No. 15-14189-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 05, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db            +Jimilou E. Budusky,   231 Lawn Avenue,   Sellersville, PA 18960-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
            JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
            edpabankcourt@aol.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
            bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
            bkgroup@kmllawgroup.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jimilou E. Budusky<br>  Debtor<br><br>PNC Bank, National Association<br>  Movant<br>  v.<br>Jimilou E. Budusky<br>  Debtor<br><br>Frederick L. Reigle<br>  Trustee | Chapter 13<br><br>NO. 15-14189 SR |

**ORDER**

AND NOW, this 5th day of May, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by this Court on March 4, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified to allow PNC Bank, National Association or its successor in title to continue or commence mortgage foreclosure proceedings against the premises at 231 Lawn Avenue, Sellersville, PA, 18960 or to proceed with execution of judgment, which actions and remedies include but are not limited to taking the Property to Sheriff's Sale.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

Jimilou E. Budusky
231 Lawn Avenue
Sellersville, PA 18960

Bankruptcy Judge Stephen Raslavich

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072