**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Budusky, Jimilou E.

        Debtor(s)                                 : 15-14189 sr

            :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this       day of              2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Imedecs to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

_____
  JUDGE **STEPHEN RASLAVICH - May 10, 2017**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Budusky, Jimilou E.

231 Lawn Ave
Sellersville, PA 18960


Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606


Imedecs
100 W. Main Street, Ste 310
Lansdale, PA 19446