United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14189-sr
Jimilou E. Budusky                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2         Date Rcvd: Jul 27, 2017
                            Form ID: pdf900           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db          +Jimilou E. Budusky,    231 Lawn Avenue,    Sellersville, PA 18960-2325
13545921    +Allentown Anesthesia,    c/o Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
13545922    +Capital One,   Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13574255     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13545923    +Central Credit/Penn Cr,   Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13545925    +Chrgacar / Advantage Auto Finance of PA,    4856 Old Bethlehem,    Telford, PA 18969-1141
13545927    +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13545928    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13545929    +Genesis Healthcare,    c/o Penn Credit,    916 S. 14th St,    PO Box 988,
              Harrisburg, PA 17108-0988
13545930    +Grand View Hospital,    700 Lawn Ave,    Sellerville, PA 18960-1587
13545931     Grand View Sports Medicine Ctr,    915 Lawn Avenue,    Sellersville, PA 18960-1551
13545932    +Gwynedd Veterinary Hospital,    1615 W. Point Pike,    Lansdael, PA 19446-5699
13545933    +IC System,    Attn: Bankruptcy,   444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
13545934    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13545935    +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13545936    +Lehigh Valley Health Network,    PO Box 1754,    Allentwon, PA 18105-1754
13545938    +Medical Imag of Lehigh Valley,    PO Box 3226,    Allentown, PA 18106-0226
13545939    +OAA Orthopaedic Specialists,    250 Cetronia Rd,    Allentown, PA 18104-9168
13545940    +Ocean Home Health,    100 Airport Rd, Ste 101,    Lakewood, NJ 08701-6910
13797733    +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13545941    +Pnc Mortgage,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
13609794    +Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
13545944    +VSAS Orthopaedics,    c/o Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:04      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:33
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13545926    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2017 01:45:15      Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
13545937    +E-mail/Text: Bankruptcies@nragroup.com Jul 28 2017 01:50:21      Lehigh Valley Hospital,
              c/o National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
13599940    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2017 01:49:51      Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13545942    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 28 2017 01:45:45      Regional Acceptance Co,
              1420 East Fire Tower Rd,    Greenville, NC 27858-4139
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13545924     ##+Cetronia Ambulance Corp,    7355 William Avenue Ste 700,    Allentown, PA 18106-9397
13545943     ##+Rent Recover Llc,    220 Gerry Dr,   Wood Dale, IL 60191-1129
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf900           Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

JIMILOU E BUDUSKY

                         : Bankruptcy No. 15-14189SR
       Debtor(s)                : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                            BY THE COURT

                                         _____ 7-26-17
                                         Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH PA 19072-0123

JIMILOU E BUDUSKY
231 LAWN AVENUE
SELLERSVILLE,PA.18960-