United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jimilou E. Budusky  
     Debtor

Case No. 15-14189-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Feb 04, 2020  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.  
db            +Jimilou E. Budusky,    231 Lawn Avenue,    Sellersville, PA 18960-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:12     City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595  
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:58     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946  
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 05 2020 02:57:03     U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                                                TOTAL: 3

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2020 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, National Association hkaplan@rasnj.com  
        JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,    edpabankcourt@aol.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association    bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association    bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Jimilou E. Budusky,<br><br>        Debtors. | Bankruptcy No. 15-14189<br><br>Chapter 13<br><br>Doc. No. 2-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as Claim 2-1 on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: February 3, 2020

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE